# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 4, 2012

145210

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

JOSEPH AQUILINA and JOHANNA
AQUILINA,
     Plaintiffs-Appellees,

v

FIFTH THIRD BANK,
     Defendant-Appellant,

and

FIFTH THIRD BANK INVESTMENT ADVISORS,
FIFTH THIRD BANK WESTERN MICHIGAN,
FIFTH THIRD PRIVATE BANK, GLEN
JOHNSON, JOSEPH MURPHY, JEFFREY
STEEBY, SUSAN VOGEL VANDERSON, and
JAMES WARD,
     Defendants.

SC: 145210
COA: 300712
Ingham CC: 09-000711-CZ

_____/

     On order of the Court, the application for leave to appeal the April 24, 2012 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REVERSE the judgment of the Court of Appeals, for the reasons stated in the Court of Appeals dissenting opinion, and we REINSTATE the September 29, 2010 order of the Ingham Circuit Court granting summary disposition to the defendant.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 4, 2012

                Clerk

p0927